CERMELE & WOOD LLP

Michael R. Wood, Partner
mike@cw.legal

August 20, 2018

*Via Email*

Melissa Mendoza, Esq.
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York, New York 10119

> *Re:*   *Sabrina Thomas v. ECD NY Inc., et al*
> *Docket No.: 1:17-cv-06139-FB-VMS*

Dear Ms. Mendoza:

As you know, this firm represents the defendants, ECD NY Inc., Barry McKenna and Gary Smith (together, the "Defendants") in the above-referenced action. Enclosed is a copy of Defendants' motion to dismiss which consists of the notice of motion, dated August 20, 2018, the declaration of Michael R. Wood, dated August 20, 2018, and the exhibits annexed thereto, and the memorandum of law, dated August 20, 2018. Please contact us to discuss a briefing schedule.

If you require any additional information, please do not hesitate to call.

Sincerely,

Michael R. Wood

Enc.
cc:  Honorable Frederic Block, U.S.D.J (*via ECF, without enclosures*)